UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATERIALS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEASUREMENT SPECIALTIES, INC.,<br><br>Defendant. | Civil Action No. 05-11115 DPW |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.3 of the Federal Rules of Civil Procedure, Defendant Measurement Specialties, Inc. hereby notifies the Court that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

MEASUREMENT SPECIALTIES, INC.,
By its attorneys,

/s/ Daniel J. Kelly
Daniel J. Kelly, BBO # 553926
dkelly@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

December 19, 2005

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of *Defendant's Corporate Disclosure Statement* was served on the following attorney of record as follows:

<u>Via electronic notification:</u>

Thomas Frisardi, Esq.
Davis, Malm & D'Agostine, P.C.
tfrisardi@davismalm.com

                                  <u>/s/ Daniel J. Kelly</u>
                                  Daniel J. Kelly, BBO # 553926
                                  dkelly@ghlaw.com
                                  Gadsby Hannah LLP
                                  225 Franklin Street
                                  Boston, MA  02110
                                  (617) 345-7000

December 19, 2005