UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATERIALS SYSTEMS INC.<br><br>    Plaintiff,<br><br>v.<br><br>MEASUREMENT SPECIALTIES, INC.<br><br>    Defendant. | Civil Action No. 05-11115-DPW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the parties, hereby agree and stipulate that all of the claims and counterclaims that have been, or could have been asserted, in this action are dismissed, without prejudice and without costs, each party to bear its own attorney's fees.

| MEASUREMENT SPECIALTIES, INC. | MATERIALS SYSTEMS INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| s/ Daniel J. Kelly | s/ Thomas Frisardi |
| Daniel J. Kelly, BBO #553926 | Thomas Frisardi BBO#552479 |
| dkelly@ghlaw.com | tfrisardi@davismalm.com |
| GADSBY HANNAH LLP | Andrew D. Myers, BBO# 556930 |
| 225 Franklin Street | DAVIS, MALM & D'AGOSTINE |
| Boston, MA 02110 | One Boston Place |
| (617) 345.7000 | Boston, MA 02108 |
| | (617) 367.2500 |

Dated: January 27, 2006

393364v.1